AUSA: Frances Lee Carlson   Telephone: (313) 226-9696
AO 91 (Rev. 11/11) · Criminal Complaint   Special Agent: Jessica Sumyk, FBI   Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tory Michael Anderson

Case: 2:19-mj-30516
Assigned To : Unassigned
Assign. Date : 9/30/2019
Description: CMP USA v. ANDERSON (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1591 | Sex Trafficking of a Minor |
| 18 USC Section 2252 | Possession and Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_
Jessica Sumyk, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __September 30, 2019__

_Judge's signature_

City and state: __Detroit, Michigan__   R. Steven Whalen, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

I, Special Agent Jessica Sumyk, swear and affirm as follows:

1. I am employed as a Special Agent of the Federal Bureau of Investigation and have been for approximately five years. I am currently assigned to the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I am responsible for conducting and assisting in child exploitation investigations, including the sex trafficking of minors, and other crimes against children. I have participated in the execution of multiple search warrants and arrests relating to crimes against children. I have consulted with numerous other SEMTEC agents, including those that have worked on human trafficking investigations for many years.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **TORY MICHEAL ANDERSON** (DOB 7/XX/1987) for violations of 18 U.S.C. § 1591 (Sex Trafficking of a Minor), and 18 U.S.C. § 2252 (Possession and Receipt of Child Pornography).

## PROBABLE CAUSE

3. On July 17, 2019, during an undercover operation, members of SEMTEC came into contact with an adult female (Adult Victim 1 or AV-1) at the

1

Gemini Motel, 25025 Plymouth Rd., Redford, MI. SEMTEC agents and officers interviewed AV-1, who provided information about TORY MICHAEL ANDERSON. AV-1 stated that ANDERSON had trafficked her for commercial sex in the recent past. AV-1 had a tattoo on the left side of her neck that said "TORY." AV-1 explained that ANDERSON made all of his "girls" get a tattoo on their body as a way of branding them.

4. On July 26, 2019, members of SEMTEC came into contact with another adult female (Adult Victim 2 or AV-2) at the Travelers Inn Motel, 9939 Telegraph Rd., Redford, MI during a similar undercover operation. AV-2 has a tattoo on the side of her forehead that says "Tory." SEMTEC agents/officers attempted to interview AV-2 but she was hesitant to provide information, especially when asked about the tattoo. AV-2 stated "Tory" visited her daily but did not provide any additional details.

5. After speaking with AV-1 and AV-2, FBI agents searched ANDERSONS'S name through various law enforcement networks and learned that ANDERSON had police contact, on more than one occasion, with a juvenile female (Minor Victim 1 or MV-1). I am familiar with MV-1 because she was recovered by SEMTEC before in a previous human trafficking investigation and case. MV-1 is currently 17 years old.

2

6. A police report that mentions ANDERSON and MV-1 included MV-1's phone number, XXX-XXX-4535. Using investigative techniques, agents/officers searched MV-1's phone number and found hundreds of advertisements for commercial sex. The photographs in the advertisements include MV-1's face. SEMTEC TFO Carriger readily identified her as MV-1 by looking at those photographs. Advertisements listing this phone number spanned from March 25, 2019 through June 12, 2019.

7. Using one of the photographs from the advertisements from XXX-XXX-4535, TFO Carriger found current advertisements for MV-1, who was using a new phone number XXX-XXX-2969. The more recent advertisements had some of the same photographs, as well as some new, and also showed MV-1's face. TFO Carriger was able to identify her in the advertisements under the XXX-XXX-2969 number as well. TFO Carriger also could see in the advertisement photographs that she had a tattoo on the side of her face that said "Tory."

8. Using an advertisement posted on September 3, 2019 at 3:56am, on megapersonals.com, TFO Carriger responded to the advertisement as an online covert employee (OCE). As an OCE, TFO Carriger sent a text message in an attempt to set up an undercover "date" with MV-1 so that she could be recovered. A person responded to my text message using the XXX-XXX-

3

2969 phone number and proceeded to set up the "date." Another undercover officer and member of SEMTEC continued conversation with the person, who ultimately directed him to the Super 8 Motel, 20445 Erin St., Roseville, MI, room 119.

9. The undercover officer went to the location and made contact with a female at room 119, who was identified as MV-1. Members of SEMTEC set up surveillance at the motel. As soon as the undercover officer and the MV-1 negotiated a commercial sex encounter, the undercover employee gave a signal to the agents/officers on surveillance. As an "entry team" entered the motel to secure the safety of the undercover officer, a male was seen leaving the motel and entering a white Dodge Durango, bearing Michigan registration DXQ0137. The male started the vehicle and started to back up as he watched the entry team move in towards the hotel. The male backed right into a stationary, parked, FBI government vehicle.

10. SEMTEC officers made contact with the driver of the vehicle, who was identified as ANDERSON. TFO Quinn could smell alcohol. A records check revealed that ANDERSON is currently on parole. During the encounter with ANDERSON, SEMTEC officers located $1,508 in United States Currency in Anderson's left front pocket.

11. TFO Duffin went to the front desk of the motel and spoke with the manager about Room 119 (where the undercover "date" took place). The manager told TFO Duffin that a male with dreads (matching ANDERSON's description) had just come to the front desk and tried to switch rooms 119 and 207 into his name, but was unable to do so because he did not have proper identification.

12. Agents/officers recovered MV-1 from room 119 and confirmed her identity. Since room 207 was rented by the same person, agents/officers went there. Agents/officers encountered AV-2 in the room. Agents/officers also encountered another female (Adult Victim 3 or AV-3) who was seen walking down the stairwell towards room 119. MV-1, AV-2, and AV-3 were all transported to Roseville police department and subsequently interviewed.

13. SA Conolly and TFO Strunk interviewed AV-2, who provided the following information:

    a. AV-2 had been working with as a prostitute for ANDERSON for approximately one year. She stated she was the first to have "Tory" tattooed on her. She also stated that ANDERSON kept the money she made from commercial sex acts, but bought her anything she wanted.

    b. AV-2 spoke about a recent incident where she was in a vehicle with MV-1 and ANDERSON. MV-1 and ANDERSON were arguing. ANDERSON became violent with MV-1 and pushed her out of the

5

      moving vehicle. MV-1 sustained road-rash injuries to her leg and buttocks.

14. MV-1 provided written consent to search her cellular phones to SA Conolly. MV-1 provided the passcode to SA Conolly for her iPhone and stated that ANDERSON was stored in her phone as "Hubby." TFO Carriger completed an examination of both MV-1's cellular phones. TFO Carriger reviewed the report of the examination of MV-1's iPhone and noted the following information:

    a. There are 7,101 SMS (or short-message-service) messages between MV-1 and ANDERSON, starting on approximately July 19, 2019. The majority of those SMS messages discuss commercial sex dates. MV-1 repeatedly tells ANDERSON when she has a date on the way, how much the date is paying, when the date is at the room, and when the date leaves. ANDERSON typically acknowledged the SMS messages by responding "ok."

    b. The following conversation was between ANDERSON and MV-1 on August 8, 2019:

    | MV-1 | "I'm riding by the victory/Baymont rn" |
    |------|----------------------------------------|
    | MV-1 | "That fed ass place" |

6

| ANDERSON | "Yes" |
|---|---|
| MV-1 | "this turning into a fed city" |
| MV-1 | "Frfr" |
| ANDERSON | "Time 2 gtfo" |
| ANDERSON | "Frfr" |

The conversation continues;

| ANDERSON | "U gotta b ot" |
|---|---|
| MV-1 | "Yea" |
| MV-1 | "In reality" |
| MV-1 | "My birthday not here yet" |
| MV-1 | "And I can't put you in that predicament" |
| ANDERSON | "Yesss" |
| ANDERSON | "Facts" |

The conversation continues again;

| ANDERSON | "U still gotta b ot" |
|---|---|
| MV-1 | "I know can't risk it" |

7

| ANDERSON | "Lmao" |
|---|---|
| MV-1 | "Im gonna be missing you" |
| MV-1 | "Ik it gotta happen tho" |
| ANDERSON | "I rather miss u than deal with the REAL problems" |
| MV-1 | "Yea I agree Daddy and You gotta come up with different cities tho and good thing my birthday coming up tho" |

c. In a SMS message conversation dated August 28, 2019, ANDERSON and MV-1 argued through text:

| MV-1 | "I refuse to be some hoes ran out and still hoeing at 30" |
|---|---|
| ANDERSON | "No" |
| ANDERSON | "U 17" |
| ANDERSON | "Stop" |
| ANDERSON | "By the time u 19 we will have workers across the country" |
| ANDERSON | "Me and u can do it" |

8

  d. After those conversations acknowledging MV-1's age, ANDERSON continued to speak to MV-1 about the commercialized sex dates MV-1 was doing.

  e. Through an MMS (multimedia message service), on August 17, 2019, MV-1 sent ANDERSON five photographs of her standing in a room completely naked. Three of the five photographs expose MV-1's vagina and breasts. The other two photographs depict MV-1 covering her vagina by rotating her legs slightly.

  f. MV-1's phone also contained saved photographs of her buttocks and leg after she was pushed from the vehicle by ANDERSON. Those photographs depict injuries. There was an SMS conversation around the time those photographs about how MV-1 received treatment at Beaumont Hospital. When an officer/agent asked about her injuries, she stated she fell out of a car.

15. On September 4, 2019, TFO Carriger used a cellular phone to call the number MV-1 had stored as "Hubby" in her phone. The cellular phone which was recovered in the cupholder/center console of the Dodge Durango Anderson was driving on September 3, 2019 when he ran into the FBI vehicle, rang and displayed the number TFO Carriger called from. Also, another search of law enforcement networks showed that ANDERSON gave

9

the phone number of this same phone, XXX-XXX-0216, to Southfield police on June 4, 2019 and Eastpointe police on September 1, 2019.

## CONCLUSION

16.  For the reasons set forth above, I believe probable cause exists that **TORY MICHAEL ANDERSON**, did violate 18 U.S.C. § 1591 (Sex Trafficking of a Minor) and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography).

Jessica Sumyk
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed in my presence on September 30, 2019.

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

10